1054

DEMETRIOS E. SKOURAS, *Appellant,* v. BISHOP ANTHONY
OF SAN FRANCISCO, GREEK ORTHODOX ARCHDIOCESE
OF NORTH AND SOUTH AMERICA, DIOCESE
OF SAN FRANCISCO, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 89–2–03538–3, Robert E. Dixon, J., entered
September 29, 1989. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Grosse, A.C.J., and Baker, J.

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
AMARAS ESTRADA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–06705–4, Charles V. Johnson, J., entered
March 31, 1989. *Affirmed* by unpublished opinion per Cole-
man, C.J., concurred in by Swanson and Forrest, JJ.

THE ESTATE OF DAVID ALAN BURTON, *Appellant,* v. THE
CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–09788–2, Frank J. Eberharter, J., entered
April 14, 1989. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Grosse, A.C.J., and Swanson, J.